KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>   v.<br>(1) REAL PROPERTY LOCATED AT 2775 ROCHELLE STREET, SANTA ROSA, CA (APN 152-040-037-000); (2) A SMITH & WESSON .38 CALIBER AIRWEIGHT 5-SHOT REVOLVER (SERIAL NUMBER CJR7006 642-2); AND (3) A GLOCK-19 9MM SEMI-AUTOMATIC HANDGUN (SERIAL NUMBER FDF510),<br>              Defendant.<br>ADAM MCMAINS,<br>              Claimant. | No. 06-06-4903 SC<br><br>STIPULATION AND ORDER<br>(1) STAYING CASE AND<br>(2) RESCHEDULING CASE<br>MANAGEMENT CONFERENCE<br>TO APRIL 20, 2007 |

      The parties agree, subject to the Court's approval, that this case should be stayed pursuant to 18 U.S.C. § 981(g)(1) and (2) and that the case management conference be rescheduled on April 20, 2007 at 10:00 a.m. Unless the case management conference is rescheduled, it is currently set for December 1, 2006 at 10 a.m. The reason that the parties agree, subject to the

1  Court's approval, to stay this action is that claimant in this case, Adam McMains, is a defendant
2  in a state court criminal case in which he is charged with cultivating marijuana in violation of
3  California Health and Safety Code Section 11378. In addition, there is currently an ongoing
4  federal investigation.

6  IT IS SO STIPULATED:

KEVIN V. RYAN
United States Attorney

Dated: November 29, 2006

PATRICIA J. KENNEY
Assistant United States Attorney


LAW OFFICES OF GEORGE C. BOISSEAU


GEORGE C. BOISSEAU
Attorney for claimant Adam McMains


18  IT IS SO ORDERED ON THIS _____ DAY OF _____, 2006.


HONORABLE SAMUEL CONTI
United States District Judge


Complaint for Forfeiture
No. 06-                              2

1  Court's approval, to stay this action is that claimant in this case, Adam McMains, is a defendant
2  in a state court criminal case in which he is charged with cultivating marijuana in violation of
3  California Health and Safety Code Section 11378. In addition, there is currently an ongoing
4  federal investigation.

6  IT IS SO STIPULATED:

   KEVIN V. RYAN
7  United States Attorney

8  Dated: November 29, 2006

9  _____
   PATRICIA J. KENNEY
   Assistant United States Attorney

12  LAW OFFICES OF GEORGE C. BOISSEAU

14  _____
    GEORGE C. BOISSEAU
    Attorney for claimant Adam McMains

18  IT IS SO ORDERED ON THIS __30__ DAY OF __November__, 2006.

    HONORABLE SAMUEL CONTI
    United States District Judge

    [Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

Complaint for Forfeiture
No. 06-                              2