1  SCOTT N. SCHOOOLS (SCBN 9990)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748
      Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 06-06-4903 SC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | (1) STAYING CASE AND |
| (1) REAL PROPERTY LOCATED AT | ) | (2) RESCHEDULING CASE |
| 2775 ROCHELLE STREET, SANTA | ) | MANAGEMENT CONFERENCE |
| ROSA, CA (APN 152-040-037-000); | ) | TO JULY 20, 2007 |
| (2) A SMITH & WESSON .38 CALIBER | ) | |
| AIRWEIGHT 5-SHOT REVOLVER | ) | |
| (SERIAL NUMBER CJR7006 642-2); | ) | |
| AND (3) A GLOCK-19 9MM SEMI- | ) | |
| AUTOMATIC HANDGUN (SERIAL | ) | |
| NUMBER FDF510), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ADAM MCMAINS, | ) | |
| | ) | |
| Claimant. | ) | |

Apr 13 2007 3:06PM Law Offices of (707) 578-1141 p.3
Case 3:06-cv-04903-SC   Document 15   Filed 04/17/07   Page 2 of 2
APR-13-2007 16:35                                                        P.03

1  By agreement of the parties, the Court stayed the instant case on November 29, 2007
2  pursuant to 18 U.S.C. § 981(g)(1) and (2)  See Stipulation and Order, etc., filed November 29,
3  2007. The parties, subject to the Court's approval, request that the case continue to be stayed
4  pursuant to 18 U.S.C. § 981(g)(1) and (2), and request that a case management conference be
5  scheduled for July 20, 2007 at 10:00 a.m. The reason that the parties request the stay is that
6  claimant, Adam McMains, is currently involved an ongoing federal investigation.

8  IT IS SO STIPULATED:           SCOTT N. SCHOOLS
                                  United States Attorney

10 Dated: April 13, 2007
                                  PATRICIA J. KENNEY
11                                Assistant United States Attorney

                                  LAW OFFICES OF GEORGE C. BOISSEAU

15 Dated: April 13, 2007
                                  GEORGE C. BOISSEAU
16                                Attorney for claimant Adam McMains

18         CASE CONTINUED TO JULY 27, 2007 AT 10:00

19 IT IS SO ORDERED ON THIS __16__ DAY OF ___April___, 2006.

22                                HONORABLE SAMUEL CONTI
                                  United States District Judge

*IT IS SO ORDERED* — Judge Samuel Conti (United States District Court, Northern District of California)

Stip and Order
No. 06 4903 SC                    2