| | |
|---|---|
| 1 | SCOTT N. SCHOOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | W. DOUGLAS SPRAGUE (CSBN 202121)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Telephone: 415.436.6857 |
| 7 | Facsimile:  415.436.6748<br>Email: patricia.kenney@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 06-06-4903 SC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | (1) STAYING CASE AND |
| (1) REAL PROPERTY LOCATED AT | ) | (2) RESCHEDULING CASE |
| 2775 ROCHELLE STREET, SANTA | ) | MANAGEMENT CONFERENCE FOR |
| ROSA, CA (APN 152-040-037-000); | ) | SIX MONTHS, TO FEBRUARY 1, 2008 |
| (2) A SMITH & WESSON .38 CALIBER | ) | |
| AIRWEIGHT 5-SHOT REVOLVER | ) | |
| (SERIAL NUMBER CJR7006 642-2); | ) | |
| AND (3) A GLOCK-19 9MM SEMI- | ) | |
| AUTOMATIC HANDGUN (SERIAL | ) | |
| NUMBER FDF510), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ADAM MCMAINS, | ) | |
| | ) | |
| Claimant. | ) | |

Jul 13 2007 9:46AM Law Offices of p.4
Case 3:06-cv-04903-SC Document 18 Filed 07/13/07 Page 2 of 2
JUL-13-2007 10:26 From:US ATTORNEY 4154366749 To:707 579 1141 P.3/3

1     By agreement of the parties, the Court initially stayed the instant case on November 29, 2007 pursuant to 18 U.S.C. § 981(g)(1) and (2) through April 20, 2007. *See* Stipulation and Order, etc., filed November 29, 2007. The stay was subsequently continued through August 3, 2007. *See* Stipulation and Order, etc., filed April 13, 2007; Clerk's Notice, filed July 11, 2007.

    The parties, subject to the Court's approval, request that the stay be continued for six more months pursuant to 18 U.S.C. § 981(g)(1) and (2), and request that a case management conference be scheduled for Friday, February 1, 2008 at 10:00 a.m. The reason that the parties request the stay is that claimant, Adam McMains, is currently involved an ongoing federal investigation.

IT IS SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

Dated: July 13, 2007

PATRICIA J. KENNEY
Assistant United States Attorney

LAW OFFICES OF GEORGE C. BOISSEAU

Dated: July 13, 2007

GEORGE C. BOISSEAU
Attorney for claimant Adam McMains

CONTINUED TO FEBRUARY 8, 2008 AT 10:00 A.M.

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS __13__ DAY OF _____, 2007.

HON. SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

Stip and Order
No. 06-4903 SC      2