JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>                Plaintiff, <br>    v. <br> (1) REAL PROPERTY LOCATED AT 2775 ROCHELLE STREET, SANTA ROSA, CA (APN 152-040-037-000); (2) A SMITH & WESSON .38 CALIBER AIRWEIGHT 5-SHOT REVOLVER (SERIAL NUMBER CJR7006 642-2); AND (3) A GLOCK-19 9MM SEMI-AUTOMATIC HANDGUN (SERIAL NUMBER FDF510), <br>                Defendant. <br> ADAM MCMAINS, <br>                Claimant. | No. 06-06-4903 SC <br><br> STIPULATION AND ORDER RE: RESCHEDULING CASE MANAGEMENT CONFERENCE ON JUNE 6, 2008 |

By agreement of the parties, the Court initially stayed the instant case pursuant to 18 U.S.C. § 981(g)(1) and (2) on November 29, 2006, and the case has been stayed since that time. *See* Stipulation and Order, etc., filed November 29, 2007; Stipulation and Order, etc., filed April 13, 2007; Clerk's Notice, filed July 11, 2007; Stipulation and Order, etc., filed July 13, 2007. The Court also rescheduled the case management conference, at the parties' request, and the Court set it for February 13, 2008.

The undersigned Assistant United States Attorney has informed claimant's counsel that the federal criminal investigation involving claimant Adam McMains is still ongoing. Accordingly, the parties have agreed that the case management conference in this case should be rescheduled to June 6, 2008 at 10:00 a.m.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 31, 2008
    /s/
PATRICIA J. KENNEY
Assistant United States Attorney


LAW OFFICES OF GEORGE C. BOISSEAU

Dated: January 31, 2008
    /s/
GEORGE C. BOISSEAU
Attorney for claimant Adam McMains

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ____ DAY OF __2-1__, 2008.

HONORABLE SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

Stip and Order
No. 06-4903 SC                                        2