JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:   415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>            Plaintiff, <br><br>   v. <br><br>(1) REAL PROPERTY LOCATED AT 2775 ROCHELLE STREET, SANTA ROSA, CA (APN 152-040-037-000); (2) A SMITH & WESSON .38 CALIBER AIRWEIGHT 5-SHOT REVOLVER (SERIAL NUMBER CJR7006 642-2); AND (3) A GLOCK-19 9MM SEMI-AUTOMATIC HANDGUN (SERIAL NUMBER FDF510), <br><br>            Defendant. <br><br>ADAM MCMAINS, <br><br>            Claimant. | No. 06-4903 SC <br><br> STIPULATION AND ORDER RE: RESCHEDULING CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR JUNE 6, 2008 |

1    By agreement of the parties, the Court initially stayed the instant case pursuant to
2  18 U.S.C. § 981(g)(1) and (2) on November 29, 2006, and the case has been stayed since that
3  time. *See* Stipulation and Order, etc., filed November 29, 2007; Stipulation and Order, etc., filed
4  April 13, 2007; Clerk's Notice, filed July 11, 2007; Stipulation and Order, etc., filed July 13,
5  2007; Stipulation and Order, etc., filed February 1, 2008.

6    The criminal investigation is still ongoing. The undersigned Assistant United States
7  Attorney has informed claimant's counsel that the federal criminal investigation involving
8  claimant Adam McMains is still ongoing. Accordingly, the parties have agreed that the case
9  management conference in this case should be rescheduled in approximately six months.
10 Because the counsel for claimant was in trial for the past few weeks, the undersigned was not
11 able to obtain his agreement to this stipulation until late in the day on June 3, 2008.

13 IT IS SO STIPULATED:                JOSEPH P. RUSSONIELLO
                                       United States Attorney

15 Dated: June  3 , 2008                       /s/
                                       PATRICIA J. KENNEY
16                                     Assistant United States Attorney

18                                     LAW OFFICES OF GEORGE C. BOISSEAU

19
20 Dated: June  3 , 2008                       /s/
                                       GEORGE C. BOISSEAU
                                       Attorney for claimant Adam McMains

22 IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS  4th
23 DAY OF   June   , 2008, AND THE CASE MANAGEMENT CONFERENCE IS
24 RESCHEDULED FOR   December 5   , 2008 AT  10:00  A. M.

27                                     HONORABLE SAMUEL CONTI
                                       United States District Judge

Stip and Order
No. 06-4903 SC                         2