JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:   415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>(1) REAL PROPERTY LOCATED AT 2775 ROCHELLE STREET, SANTA ROSA, CA (APN 152-040-037-000); (2) A SMITH & WESSON .38 CALIBER AIRWEIGHT 5-SHOT REVOLVER (SERIAL NUMBER CJR7006 642-2); AND (3) A GLOCK-19 9MM SEMI-AUTOMATIC HANDGUN (SERIAL NUMBER FDF510),<br><br>                Defendant.<br><br>ADAM MCMAINS,<br><br>                Claimant. | No. 06-4903 SC<br><br>STIPULATION AND ORDER RE: RESCHEDULING CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR DECEMBER 5, 2008 |

1  By agreement of the parties, the Court initially stayed the instant case pursuant to
2  18 U.S.C. § 981(g)(1) and (2) on November 29, 2006, and the case has been stayed since
3  that time.  *See* Stipulation and Order, etc., filed November 29, 2007; Stipulation and Order,
4  etc., filed April 13, 2007; Clerk's Notice, filed July 11, 2007; Stipulation and Order, etc.,
5  filed July 13, 2007; Stipulation and Order, etc., filed February 1, 2008; Stipulation and
6  Order, etc., filed June 4, 2008.

7  This case was stayed pending resolution of an ongoing criminal investigation.
8  Counsel for claimant and the undersigned Assistant United States Attorney have spoken
9  and, with the Court's approval, would like to reschedule the case management conference
10 currently scheduled for December 5, 2008 to and including January 9, 2009, for a number of
11 reasons.  The undersigned AUSA intends to check on the status of the criminal
12 investigation and, in addition, the parties will explore whether there is a possibility for
13 informal resolution of this case.  Also, the undersigned AUSA will be out of town on
14 December 5, 2008.

16 IT IS SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                          United States Attorney

18 Dated: November 28, 2008                       /s/
                                          PATRICIA J. KENNEY
                                          Assistant United States Attorney

                                          LAW OFFICES OF GEORGE C. BOISSEAU

20 Dated: November 28, 2008                       /s/
                                          GEORGE C. BOISSEAU
                                          Attorney for claimant Adam McMains

23 IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS
24 __2nd__ DAY OF __December__, 2008, AND THE CASE MANAGEMENT
25 CONFERENCE IS RESCHEDULED FOR JANUARY 9, 2009 AT 10:00 A.M.

27                                        _____
                                          HONORABLE SAMUEL CONTI
                                          United States District Judge



Stip and Order
No. 06-4903 SC                            2