| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-4903 SC |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER<br>RE: TAKING JANUARY 9, 2009<br>CASE MANAGEMENT CONFERENCE<br>OFF CALENDAR |
| (1) REAL PROPERTY LOCATED AT 2775 ROCHELLE STREET, SANTA ROSA, CA (APN 152-040-037-000); (2) A SMITH & WESSON .38 CALIBER AIRWEIGHT 5-SHOT REVOLVER (SERIAL NUMBER CJR7006 642-2); AND (3) A GLOCK-19 9MM SEMI-AUTOMATIC HANDGUN (SERIAL NUMBER FDF510), | ) | |
| Defendant. | ) | |
| ADAM MCMAINS, | ) | |
| Claimant. | ) | |

By agreement of the parties, the Court initially stayed the instant case pursuant to 18 U.S.C. § 981(g)(1) and (2) on November 29, 2006, and the case has been stayed since that time. *See* Stipulation and Order, etc., filed December 2, 2008. A case management conference is currently set for January 9, 2009.

1   This case was stayed pending resolution of an ongoing criminal investigation.
2   Counsel for claimant and the undersigned Assistant United States Attorney have spoken and
3   the AUSA has also spoken with the Court's Courtroom Clerk. With the Court's approval,
4   the parties would like to take the January 9, 2009 case management conference off calendar
5   and schedule the filing of a joint status report for June 1, 2009 with the understanding that,
6   if the parties believe that conditions for the current stay have changed between now and
7   June 1, 2009, the parties can request the Court to place this case back on its active calendar
8   for a case management conference. The parties also agree that the January 9, 2009 case
9   management conference should be taken off calendar for a number of reasons. Claimant's
10  counsel has other court appearances scheduled for January 9, 2008. In addition, the
11  undersigned AUSA intends to check on the status of the criminal investigation and the
12  parties will explore whether there is a possibility for informal resolution of this case.

13  IT IS SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                             United States Attorney
14
15  Dated: January 8, 2009
                                             PATRICIA J. KENNEY
16                                           Assistant United States Attorney

17                                           LAW OFFICES OF
                                             GEORGE C. BOISSEAU
18
19  Dated: January 8, 2009
                                             ─────────────────────────────
20                                           GEORGE C. BOISSEAU
                                             Attorney for claimant Adam McMains
21
22  IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON
    THIS _____ DAY OF _____, 2009, THAT THE JANUARY 9, 2009 CMC IS
23
    TAKEN OFF CALENDAR, THAT THE PARTIES SHALL FILE A JOINT STATUS
24
    REPORT ON OR BEFORE JUNE 1, 2009 AND THAT THE PARTIES SHALL NOTIFY
25
    THE COURT IF THE CONDITIONS FOR THE CURRENT STAY CHANGE.
26
27      1/13/09                              ─────────────────────────────
                                             HONORABLE              CONTI
28                                           United States
                                                    IT IS SO ORDERED
                                                    Judge Samuel Conti

Stip and Order
No. 06-4903 SC                       2