1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue
       San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:   415.436.6748
       Email: patricia.kenney@usdoj.gov
8
9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-4903 SC |
| Plaintiff, ) | |
| v. ) | |
| (1) REAL PROPERTY LOCATED AT ) 2775 ROCHELLE STREET, SANTA ) ROSA, CA (APN 152-040-037-000); ) (2) A SMITH & WESSON .38 CALIBER ) AIRWEIGHT 5-SHOT REVOLVER ) (SERIAL NUMBER CJR7006 642-2); ) AND (3) A GLOCK-19 9MM SEMI- ) AUTOMATIC HANDGUN (SERIAL ) NUMBER FDF510), ) | STIPULATION AND ORDER |
| Defendant. ) | |
| ADAM MCMAINS, ) | |
| Claimant. ) | |

By agreement of the parties, the Court initially stayed the instant case pursuant to 18 U.S.C. § 981(g)(1) and (2) on November 29, 2006, and the case has been stayed since that time because of an ongoing criminal investigation. *See* Stipulation and Order, etc., filed December 2, 2008. The Court requested the parties to provide a further status report.

1    *See* Stipulation and Order, etc., filed January 14, 2009.  The parties apologize for failing to
2    file that report in a timely fashion.
3         The undersigned Assistant United States Attorney conferred with the Assistant
4    United States Attorneys handling the ongoing criminal investigation who suggest the
5    current stay be continued and have requested the undersigned Assistant United States
6    Attorney to ask the Court to set a new date for the filing of a status report.  Accordingly,
7    counsel for claimant and the undersigned Assistant United States agree that there is a basis
8    for continuing the stay under 18 U.S.C. § 981(g) and the parties should file a further report
9    on or before December 1, 2009 with the understanding that, if the parties believe that
10   conditions for the current stay have changed between now and June 1, 2009, the parties can
11   request the Court to place this case back on its active calendar for a case management
12   conference.

IT IS SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                              United States Attorney

Dated: September __4__, 2009                  _____/s/_____
                                              PATRICIA J. KENNEY
                                              Assistant United States Attorney

                                              LAW OFFICES OF
                                              GEORGE C. BOISSEAU

Dated: September __4__, 2009                  _____/s/_____
                                              GEORGE C. BOISSEAU
                                              Attorney for claimant Adam McMains

     IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON
THIS __10__ DAY OF __September__, 2009, THAT THE PARTIES SHALL FILE A
JOINT STATUS REPORT ON OR BEFORE DECEMBER 1, 2009 AND THAT THE
PARTIES SHALL NOTIFY THE COURT IF THE CONDITIONS FOR THE CURRENT
STAY CHANGE.



_____
HONORABLE SAMUEL CONTI
United States District Judge

Stip and Order
No. 06-4903 SC                                2