1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, CA 94102
   Telephone: 415.436.6857
7  Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 06-4903 SC |
| v. | ) | |
| (1) REAL PROPERTY LOCATED AT 2775 ROCHELLE STREET, SANTA ROSA, CA (APN 152-040-037-000); (2) A SMITH & WESSON .38 CALIBER AIRWEIGHT 5-SHOT REVOLVER (SERIAL NUMBER CJR7006 642-2); AND (3) A GLOCK-19 9MM SEMI-AUTOMATIC HANDGUN (SERIAL NUMBER FDF510), | ) ) ) ) ) ) ) ) ) | STIPULATION AND ORDER DISMISSING CASE |
| Defendant. | ) | |
| ADAM MCMAINS, | ) | |
| Claimant. | ) | |

1   Pursuant to Federal Rule of Civil Procedure 41, the parties agree that the instant action be
2   dismissed with each party to bear his or its own costs and attorneys' fees.

4   IT IS SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                            United States Attorney

6   Dated: November 27, 2009
                                            *(signature)*
                                            PATRICIA J. KENNEY
                                            Assistant United States Attorney

9                                           LAW OFFICES OF GEORGE C. BOISSEAU

11  Dated: November 27, 2009                _____
                                            GEORGE C. BOISSEAU
                                            Attorney for claimant Adam McMains

13  IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS _____
14  DAY OF __12/2/09__, ~~2008~~, AND THE CASE IS DISMISSED WITH EACH PARTY TO
15  BEAR HIS OR ITS OWN COSTS AND ATTORNEYS' FEES.

                                            _____
                                            HONORABLE SAMUEL CONTI
                                            United States District Judge

Stip and Order of Dismissal
No. 06-4903 SC                              2

1  Pursuant to Federal Rule of Civil Procedure 41, the parties agree that the instant action be
2  dismissed with each party to bear his or its own costs and attorneys' fees.
3
4  IT IS SO STIPULATED:              JOSEPH P. RUSSONIELLO
                                     United States Attorney
5
6  Dated: November 27, 2009
                                     _____
7                                    PATRICIA J. KENNEY
                                     Assistant United States Attorney
8
9                                    LAW OFFICES OF GEORGE C. BOISSEAU

10 Dated: November 27, 2009          _____
11                                   GEORGE C. BOISSEAU
                                     Attorney for claimant Adam McMains
12
13 IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS _____
14 DAY OF _____, 2008, AND THE CASE IS DISMISSED WITH EACH PARTY TO
15 BEAR HIS OR ITS OWN COSTS AND ATTORNEYS' FEES.
16
17                                   _____
                                     HONORABLE SAMUEL CONTI
18                                   United States District Judge
19
20
21
22
23
24
25
26
27
28

Stip and Order of Dismissal
No. 06-4903 SC                         2